AFFIRM; Opinion issued January 15, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00749-CR

**JESSIE JAMES BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-54385-V**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Murphy

Jessie James Bell was adjudicated guilty of possession of cocaine in an amount of one gram or more but less than four grams. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (c) (West 2010). The trial court assessed punishment at eight years' imprisonment, probated for eight years. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex.

Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


_____
MARY MURPHY
JUSTICE


Do Not Publish
TEX. R. APP. P. 47

120749F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JESSIE JAMES BELL, Appellant

No. 05-12-00749-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 292nd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F09-54385-V).
Opinion delivered by Justice Murphy, Justices Bridges and O'Neill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 15, 2013.

_____
MARY MURPHY
JUSTICE